IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MELISSA COURTNEY KENT,**

*Plaintiff*,

v.                                            Case No.: 4:24cv169-MW/MJF

**ABSOLUTE RESOLUTIONS INVESTMENT, LLC,**

*Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 42. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 42, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for Plaintiff's failure to comply with Orders of this Court and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on June 18, 2025.**

s/Mark E. Walker
**Chief United States District Judge**